# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

THE ESTATE OF JUAN R. AQUINO by its
Administrator RAFAEL AQUINO, and RUTH CONCEPTION,
individually
1364 Bronx River Avenue
Bronx, NY 10472

             Plaintiff,

v.

ERIE COUNTY HOLDING CENTER,
40 Delaware Avenue
Buffalo, New York 14202

ERIE COUNTY SHERIFF'S DEPARTMENT
10 Delaware Avenue
Buffalo, New York 14202

COUNTY OF ERIE,
Department of Law
69 Delaware Avenue, Suite 300
Buffalo, New York 14202

THE CITY OF BUFFALO and
1 Niagara Square
Buffalo, New York 14202

THE POLICE DEPARTMENT OF THE CITY OF BUFFALO
74 Franklin Street
Buffalo, New York 14202

             Defendants

**NOTICE OF REMOVAL OF ACTION (28 U.S.C. § 1441(b))**
**Federal Question**

06 CV 0305A (SR)

**Civil Docket No.**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§1441(b) and 1446, Defendants, ERIE COUNTY HOLDING CENTER, ERIE COUNTY SHERIFF'S OFFICE, and THE COUNTY OF ERIE, hereby remove to this Court the civil action filed in the Supreme Court of the State of New York, County of Erie, as described below.

On April 19, 2006, Plaintiffs, THE ESTATE OF JUAN R. AQUINO by its Administartor

RAFAEL AQUINO, and RUTH CONCEPTION, individually ("Plaintiffs"), filed a civil action entitled, THE ESTATE OF JUAN R. AQUINO by its Administartor RAFAEL AQUINO, and RUTH CONCEPTION, individually v. ERIE COUNTY HOLDING CENTER, ERIE COUNTY SHERIFF'S OFFICE, THE COUNTY OF ERIE, THE CITY OF BUFFALO and THE POLICE DEPARTMENT OF THE CITY OF BUFFALO Case Index Number: I 2006-3785, in the Supreme Court for the State of New York, County of Erie.

On or about April 19, 2006, Defendants ERIE COUNTY HOLDING CENTER, ERIE COUNTY SHERIFF'S OFFICE, THE COUNTY OF ERIE, were served with the Summons and Complaint in the above-referenced state court action. On May 8, 2006, Defendants ERIE COUNTY HOLDING CENTER, ERIE COUNTY SHERIFF'S OFFICE, THE COUNTY OF ERIE, were served with the Answer of Defendants THE CITY OF BUFFALO and THE POLICE DEPARTMENT OF THE CITY OF BUFFALO. Copies of all relevant process and pleadings in this state court action are attached hereto as Exhibits "A" and "B".

No further proceedings have been had in the state court action. Plaintiff's complaint alleges false arrest, assault, battery, wrongfull death, pre-impact terror, excessive force, libel and slander, negligent infliction of emotional distress, intentional infliction of emotional distress, loss of services and denial of personal liberty in violation of 42 U.S.C. §1983.

Accordingly, this Court has original jurisdiction over the state court action under 28 U.S.C. §1331 (federal question) because it is a civil action that arises under the Constitution, laws, or treaties of the United States.

All Defendants named in the state court action, have been served. The THE CITY OF BUFFALO and THE POLICE DEPARTMENT OF THE CITY OF BUFFALO have consented to the removal of this action. No previous application has been made for the relief requested herein.

Dated: May 9, 2006

                            Respectfully submitted,
                            LAURENCE K. RUBIN, Erie County Attorney
                            Attorney for the Defendants
                            COUNTY OF ERIE, ERIE COUNTY HOLDING
                            CENTER, and the ERIE COUNTY SHERIFF'S
                            OFFICE

By: _____
        George Michael Zimmermann, Esq.
        First Assistant County Attorney
        69 Delaware Avenue, Suite 300
        Buffalo, New York 14203
        Telephone: 716-858-2200
        Zimmermg@erie.gov

TO:    Alexander D. Fotopoulos, Esq.
Fotopoulos, Rosenblatt & Green
Attorneys for Plaintiff
4160 Broadway, 2nd Floor
New York, New York 10033
(212) 781-2111

David Swarts, Clerk
County of Erie
25 Delaware Avenue
Buffalo, New York 14203

CC:    Edward Taublieb. Esq.
Corporation Counsel's Office
Attorneys for Defendant CITY OF BUFFALO
1100 City Hall
Buffalo, NY 14202
(716) 851-4343

## Index of Documents
## Filed in State Court, Prior to Removal

| Document | Date of Filing |
|---|---|
| Summons | April 19, 2006 |
| Complaint | April 19, 2006 |
| Answer by City of Buffalo | May 6, 2006 |

## CERTIFICATE OF SERVICE

The undersigned, attorney for the Defendants COUNTY OF ERIE and ERIE COUNTY SHERIFF'S DEPARTMENT, hereby certifies that on May 9, 2006, he caused a true and correct copy of the foregoing Notice of Removal to be served upon the plaintiff and co-defendants in this action, by causing the same to be delivered via first class mail/ postage prepaid to their attorneys at the following addresses:

Alexander D. Fotopoulos, Esq.
Fotopoulos, Rosenblatt & Green
Attorneys for the Plaintiff
4160 Broadway, 2nd Floor
New York, New York 10033

Edward Taublieb. Esq.
Corporation Counsel's Office
Attorneys for Defendant CITY OF BUFFALO
1100 City Hall
Buffalo, NY 14202

Dated: Buffalo, New York
May 9, 2006

George Michael Zimmermann, Esq.
First Assistant County Attorney
69 Delaware Avenue, Suite 300
Buffalo, New York 14203
Telephone: 716-858-2200
Zimmermg@erie.gov