UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════════

THE ESTATE OF JUAN R. AQUINO,

                    Plaintiff,

                                                    ORDER OF
                                                    DISMISSAL
          v.                                        06-CV-305A

ERIE COUNTY HOLDING CENTER,

                    Defendant.

═══════════════════════════════════════════


        The Court having been advised by the counsel for the parties that the above

action has been settled;

        It is ORDERED that this action is hereby dismissed without costs and on the

merits, but without prejudice to the right, upon good cause shown within 60 days to

reopen this action if settlement is not consummated.

        The Clerk of Court shall take all steps necessary to close the case.


        SO ORDERED.

                                        s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
DATED:  April 22, 2009